IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02355-MSK-CBS

LESLIE WEISE, and
ALEX YOUNG,

        Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity,
JAY BOB KLINKERMAN, in his individual capacity, and
JOHN/JANE DOES 1-5, all in their individual capacities,

        Defendants.

---

## ORDER OF RECUSAL

---

THIS MATTER arises *sua sponte*.  The undersigned finds that personal circumstances require her recusal pursuant to 28 U.S.C. § 455(a).  Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 6th day of December, 2005

BY THE COURT:

Marcia S. Krieger
United States District Judge