IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02355-WYD-CBS

LESLIE WEISE and
ALEX YOUNG,

    Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity;
JAY BOB KLINKERMAN, in his individual capacity;
JOHN/JANE DOES 1-5, all in their individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Response to Defendant Casper's Motion to Dismiss is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures.

    Dated: February 13, 2006

                                      s/ Michelle M. Merz
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge