IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02355-WYD-CBS

LESLIE WEISE and
ALEX YOUNG,

      Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity;
JAY BOB KLINKERMAN, in his individual capacity;
JOHN/JANE DOES 1-5, all in their individual capacities,

      Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Notice of Withdrawal of Motion to Stay Determination of Plaintiffs' Motion to Certify as Frivolous Defendants' Appeals of October 30, 2006 Order, filed March 2, 2007 (docket #81). In the notice, the parties state that in consideration for Plaintiffs' agreement to withdraw their motion to certify, Defendant Casper hereby withdraws his pending motion to stay, and Defendant Klinkerman withdraws his joinder in Defendant Casper's motion to stay. In consideration of the notice and file in this matter, it is hereby

ORDERED that Plaintiffs' Motion to Certify as Frivolous Defendants' Appeals of October 30, 2006, Order, filed November 30, 2006 (docket #63) is **DENIED**. It is

FURTHER ORDERED Defendant Michael Casper's Motion to Stay Determination of Plaintiffs' Motion to Certify as Frivolous Defendants' Appeals of October 30, 2006, filed December 20, 2006 (docket #70) is **DENIED AS MOOT**. It is

FURTHER ORDERED that Defendant Jay Klinkerman's Joinder of Michael Casper's Motion to Stay Determination of Plaintiffs' Motion to Certify as Frivolous Defendants' Appeal of October 30, 2006 Order, filed December 22, 2006 (docket #71) is **DENIED AS MOOT**.

Dated:  March 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge