IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-02355-WYD-CBS
(Consolidated with Civil Action No. 07-cv-00515)

LESLIE WEISE, and
ALEX YOUNG,

       Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity;
JAY BOB KLINKERMAN, in his individual capacity;
GREG JENKINS, in his individual capacity;
STEVEN A. ATKISS, in his individual capacity;
JAMES A. O'KEEFE, in his individual capacity; and
JOHN/JANE DOES 1-2, both in their individual capacities,

       Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that Defendants' Motion for Leave to Appear Telephonically at Status Conference (*doc. no. 94*) is **GRANTED**. Counsel for Defendants Jenkins, Atkiss and O'Keefe is permitted to participate telephonically by contacting the Court at (303) 844-2117.


       **DATED:**     December 17, 2007