IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02355-WYD-CBS

LESLIE WEISE and
ALEX YOUNG,

    Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity;
JAY BOB KLINKERMAN, in his individual capacity;
STEVEN A ATKISS, in his individual capacity;
JAMES A. O'KEEFE, in his individual capacity; and
JOHN/JANE DOES 1-5, all in their individual capacities,

    Defendants.

_____

## ORDER
_____

THIS MATTER is before the Court on the parties' Joint Motion for Certification Pursuant to Rule 54(b) [doc. #113, filed January 22, 2009]. The Court having reviewed the joint motion and being fully advised in the premises, it is hereby

ORDERED that the parties' Joint Motion for Certification Pursuant to Rule 54(b) [doc. #113, filed January 22, 2009] is **GRANTED**. The Court, finding no just reason for delay, hereby certifies as a final judgment the Court's November 6, 2008 Order granting Defendant Casper's and Defendant Klinkerman's Motions to Dismiss [doc. #112]. It is

FURTHER ORDERED that the proceedings as to the remaining parties are hereby **STAYED** pending the outcome of Plaintiffs' appeal of the November 6, 2008 Order.

Dated: January 29, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE