IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02355-WYD-CBS
(Consolidated with Civil Action No. 07-cv-00515)

LESLIE WEISE and
ALEX YOUNG,

      Plaintiffs,

v.

MICHAEL CASPER, in his individual capacity;
JAY BOB KLINKERMAN, in his individual capacity;
GREG JENKINS, in his individual capacity;
STEVEN A. ATKISS, in his individual capacity;
JAMES A. O'KEEFE, in his individual capacity;
JOHN/JANE DOES 1-2, both in their individual capacities,

      Defendants.

---

**ORDER**

---

      This matter is before me on the Motion for Entry of Judgment by Defendants Michael Casper and Jay Bob Klinkerman [ECF No. 130], filed May 12, 2010.  The Court granted Defendants Casper and Klinkerman's Motions to Dismiss on November 6, 2008 [ECF No. 112].  The Court certified its order denying the motion to dismiss as a final judgment under Rule 54(b) on January 29, 2009 [ECF No. 115].  Plaintiffs appealed on February 25, 2009 [ECF No. 116].  The U.S. Tenth Circuit Court of Appeals affirmed this Court's dismissal of Plaintiffs' Complaint against Defendants Casper and Klinkerman on January 27, 2010.  *See* Order of the U.S. Tenth Circuit Court of Appeals [ECF No. 123].  Plaintiffs appealed to the United States Supreme Court, and the Supreme Court denied Plaintiff's petition for a writ of certiorari [ECF No. 143].  Plaintiffs have therefore

exhausted all avenues of appeal with respect to my order dismissing Plaintiffs' claim

against Defendants Casper and Klinkerman.

Accordingly, it is

      ORDERED that the Motion for Entry of Judgment by Defendants Michael Casper

and Jay Bob Klinkerman [ECF No. 130] is GRANTED. It is

      FURTHER ORDERED that the Clerk of the Court shall enter Judgment in favor

of Defendants Casper and Klinkerman pursuant to Fed. R. Civ. P. 54(b).  It is

      FURTHER ORDERED that Defendants Casper and Klinkerman, as prevailing

parties, are entitled to costs pursuant to Fed. R. Civ. P. 54(d)(1).

      Dated:  March 31, 2011

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge